## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-14495 |
| Andrew R Gross | : Chapter 13 |
| | : Judge Magdeline D. Coleman |
| Debtor(s) | : \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |

## OBJECTION OF WELLS FARGO BANK, N.A. TO CONFIRMATION OF THE PLAN (DOCKET NUMBER 2)

Wells Fargo Bank, N.A. ("Creditor") by and through its undersigned counsel, objects to the confirmation of the currently proposed Chapter 13 Plan ("Plan") filed by Andrew R Gross ("Debtor") as follows:

1. Creditor holds a security interest secured by a mortgage lien on Debtor's property commonly known as 325 Peachtree Dr., Jenkintown, PA 19046-5002 ("Property").

2. Creditor has filed Proof of Claim number 6 in the amount of $202,189.82. This amount includes a pre-petition arrearage in the amount of $22,519.06.

3. Debtor's Plan does not provide for the arrearage due on Creditor's claim, and therefore proposes an impermissible modification of Creditor's claim and a violation of 11 U.S.C. §§1322 and 1325.

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the Debtor's currently proposed Plan.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028

20-021185_JDD1

Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-021185_JDD1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
: **Case No.: 20-14495**
**Andrew R Gross** : **Chapter 13**
: **Judge Magdeline D. Coleman**
**Debtor(s)** : * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Objection of Wells Fargo Bank, N.A. to the Confirmation of the Original Plan was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Andrew R Gross, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on December 16, 2020:

Andrew R Gross, 325 Peach Tree Drive, Jenkintown, PA 19046

Andrew R Gross, 325 Peachtree Dr, Jenkintown, PA 19046-5002

Wells Fargo Mortgage, P O Box 31557, Billings, MT 59107


DATE: December 16, 2020

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

20-021185_JDD1

Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-021185_JDD1