### IN THE UNITED STATES BANKRUPTCY COURT
### OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Andrew R. Gross | : | |
| | : | Case No.: 20-14495-MDC |
| Debtor(s) | : | |

## **CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: June 22, 2022                   /s/ Brad J. Sadek, Esquire
                                       Brad J. Sadek, Esquire
                                       Sadek and Cooper Law Offices, LLC
                                       1315 Walnut Street, Suite 502
                                       Philadelphia, Pa 19107
                                       215-545-0008